COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-441-CV

DANIEL BLUMBERG AND
 
APPELLANTS

BLUMBERG & BAGLEY, L.L.P.

V.

GENERAL ELECTRIC CAPITAL CORPORATION
 APPELLEE

 
 

----------

FROM THE 67
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Unopposed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL B:  WALKER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  February 21, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.